IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SEAN AND ANZELA ESCOBAR, individually and
On behalf of their Minor Daughter, DE,

        Plaintiffs,

v.                                                              Case No. CV-07-1191 RB/KBM

DAVID FRAGA and MAGGIE FRAGA, as parents and
Legal guardians of LN, a minor,
LAS CRUCES PUBLIC SCHOOL DISTRICT,
ZIA MIDDLE SCHOOL, SONIA DIAZ,
DANIEL GOMEZ, DANTE THACKER,
PAULINE SANCHEZ, DARLENE MARTINEZ,
and JOHN/JANE DOES 1-5,

        Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDATION AND APPROVING SETTLEMENT**

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommendation [Doc. 135], filed July 29, 2009. The parties have agreed to waive their right to object because they are in agreement with the proposed disposition. The Court accepts the Findings and Recommendation.

IT IS THEREFORE ORDERED that the Findings and Recommendation of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that the settlement is approved.

IT IS FURTHER ORDERED that the claims against all remaining Defendants are dismissed with prejudice.

                                                                                  _____
                                                                                  ROBERT C. BRACK
                                                                                  UNITED STATES DISTRICT JUDGE